CAA

Bradford Clements <bac2007@caa.columbia.edu>

# Petition to Compel Arbitration in Accord with T&C Contract (venue and governing law)

**Bradford Clements** <bac2007@caa.columbia.edu> Mon, Nov 28, 2022 at 5:41 PM
To: "Slade, Jared" <Jared.Slade@alston.com>, "Wellen, Amanda" <amanda.wellen@alston.com>

Counsel,

I am waiting to obtain ECF filing capabilities in N.D. Cal, so I cannot yet file the Petition. They are a few hours behind us, so I still might get access today. Please advise whether you need more time to respond to my email regarding the Petition or if you're just going to ignore me altogether (in which case I will go ahead and file once I get access).

On Mon, Nov 28, 2022 at 3:19 PM Bradford Clements <bac2007@caa.columbia.edu> wrote:

> Counsel,
>
> Will you be responding to my email below?
>
> On Mon, Nov 28, 2022 at 1:31 AM Bradford Clements <bac2007@caa.columbia.edu> wrote:
>
> > Counsel:
> >
> > Attached please find a draft of my Petition to Compel T-Mobile to Submit to Arbitration Governed by California Law in Santa Clara County, California in Accord with the Parties' Written Arbitration Agreement, and to Stay the Pending Arbitration. Neither notice nor a conference is required for this Petition, but I am extending T-Mobile that courtesy. This Petition is ready to be filed with its supporting exhibits in the U.S. District Court for the N.D. of California (where I am already admitted, and I also have a CA law license).
> >
> > I will not file the Petition if T-Mobile agrees to simply terminate the entire T&C Contract such that it binds neither of us, or T-Mobile agrees to enforce the terms of the T&C Contract by promptly and expressly declaring to the AAA that (a) my address in T-Mobile's records is in Santa Clara County, California; (b) the proper arbitration venue for this matter is Santa Clara County, California and (c) California law applies. I will need such an agreement in writing by 5:00 pm CST on Monday November 28, 2022 in order to not file the Petition. There is no time for delay given that the AAA administrator appears poised to follow your extra-contractual reasoning to set Texas as the arbitration venue and appoint a Texas-focused and Texas-based arbitrator. If I do not hear from you by 5:00 pm CST on November 28, 2022, I will interpret your silence as a refusal to both terminate the entire T&C Contract and comply with (a), (b), and (c).

Bradford Clements <bac2007@caa.columbia.edu>

## AO398

**Bradford Clements** <bac2007@caa.columbia.edu> Mon, Nov 28, 2022 at 11:56 PM
To: "Slade, Jared" <Jared.Slade@alston.com>
Cc: "Wellen, Amanda" <Amanda.Wellen@alston.com>

So to be clear, you do agree that my address in T-Mobile's records is in Santa Clara County, California, correct? And yet you are refusing to comply with the mandatory "Choice of Law" provision from the Terms and Conditions? That section states:

> This Agreement is governed by the Federal Arbitration Act, applicable federal law,and the laws of the state or jurisdiction in which your billing address in our records is located, without regard to the conflicts of laws rules of that state or jurisdiction. Foreign laws do not apply. Arbitration or court proceedings must be in the county and state or jurisdiction in which your billing address in our records is located, but not outside the U.S.; or Puerto Rico.

On Mon, Nov 28, 2022 at 11:51 PM Slade, Jared <Jared.Slade@alston.com> wrote:

Mr. Clements,

I do not have the authority to “terminate” the contact between you and T-Mobile USA, Inc. nor will I usurp the arbitrator’s role and authority to address the other points you demand be declared to avoid the filing of the petition.

Thanks,
Jared

Jared M. Slade
Partner
ALSTON & BIRD
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
+1 214 922 3424 (O)
Jared.Slade@alston.com<mailto:Jared.Slade@alston.com>

On Nov 28, 2022, at 11:37 PM, Bradford Clements <bac2007@caa.columbia.edu> wrote:

EXTERNAL SENDER – Proceed with caution

________________________________

It has not been filed yet. I am still waiting on ECF access in N.D. Cal. but should have it tomorrow morning. Please advise by 10 am CST Tuesday November 29, 2022 on what I am copying and pasting again below:

I will not file the Petition if T-Mobile agrees to simply terminate the entire T&C Contract such that it binds neither of us, or T-Mobile agrees to enforce the terms of the T&C Contract by promptly and expressly declaring to the AAA that (a) my address in T-Mobile’s records is in Santa Clara County, California; (b) the proper arbitration venue for this matter is Santa Clara County, California and (c) California law applies.

On Mon, Nov 28, 2022 at 11:24 PM Slade, Jared <Jared.Slade@alston.com<mailto:Jared.Slade@alston.com>> wrote:

Hi Mr. Clements,

Thanks for your emails today; sorry for just now being able to respond—I was out of the country last week and, as I am sure you can appreciate, had a fair amount to address upon my return.

Regarding your query below, CSC is T-Mobile’s registered agent, as set forth in the parties’ contract.  I’m uncertain as to whether T-Mobile will agree to waive that provision and identify someone else, but will inquire.  I’ll take the email below to mean you have filed your petition and mooted the need for any response on those emails from earlier today.  While I appreciate the courtesy of sharing a draft before you file, I will note that the 5:00 pm exploding deadline the day you send something over can be challenging to attempt to address, as I’m sure you can relate to from your time practicing.

Thanks,
Jared

Jared M. Slade
Partner
ALSTON & BIRD
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
+1 214 922 3424 (O)
Jared.Slade@alston.com<mailto:Jared.Slade@alston.com>

From: Bradford Clements <bac2007@caa.columbia.edu<mailto:bac2007@caa.columbia.edu>>
Sent: Monday, November 28, 2022 10:31 PM
To: Slade, Jared <Jared.Slade@alston.com<mailto:Jared.Slade@alston.com>>; Wellen, Amanda <Amanda.Wellen@alston.com<mailto:Amanda.Wellen@alston.com>>
Subject: AO398

EXTERNAL SENDER – Proceed with caution

________________________________

Counsel,

Would you please advise who will be T-Mobile's officer or agent authorized to receive service for the N.D. Cal. lawsuit stemming from my Petition to Compel Arbitration? I need to know to whom I should send the AO398, Petition to Compel Arbitration, and other documents as required by the Northern District of California.

________________________________

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.