Bradford A. Clements
CA Bar No. 310398 (inactive)
TX Bar No. 24059588 (active)
16 Old Track Road, Apt. PH-6
Greenwich, CT 06830
Bac2007@caa.columbia.edu
Telephone: 830-992-9202
Pro Se Attorney Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

No. 5:22-cv-07512-SVK

BRADFORD A. CLEMENTS

    Plaintiff,

v.

T-MOBILE US, INC. and T-MOBILE USA, Inc.

    Defendants.

**PLAINTIFF BRADFORD A. CLEMENTS'S UNOPPOSED REQUEST FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF HIS MOTION TO VACATE AMENDED DISMISSAL ORDER AND PERMIT POST-DEADLINE FILING OF OPPOSITION**

Bradford A. Clements respectfully requests an extension of time to reply in support of Plaintiff's Motion to Vacate Amended Dismissal Order and Permit Post-Deadline Filing of Opposition [Doc. 58]. Specifically, Plaintiff requests an extension to Monday, March 18, 2024. Defendants' counsel do not oppose the request.

On February 26, 2024, T-Mobile filed its response [Doc. 62]. Without an extension, Plaintiff's reply is due today, March 4, 2024. The hearing date is not until April 4, 2024. The

issues surrounding the Court's dismissal with prejudice and without warning are complex, and the time periods in Local Rule 7-2 are "minimum time periods" per the Local Rule's commentary. Plaintiff needs more time to adequately prepare a reply.

WHEREFORE, given the foregoing, Plaintiff respectfully requests that the deadline for his reply be extended to March 18, 2024.

Respectfully submitted,

/s/Bradford Clements_____
By: Bradford Clements
*Pro Se Attorney Plaintiff*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 4, 2024, I emailed T-Mobile's counsel, and they answered as I described above.

**CERTIFICATE OF SERVICE**

I, Bradford A. Clements, certify and declare as follow:

1. I am over the age of 18 and am the pro-se attorney Plaintiff in this action.
2. My address is 16 Old Track Road Unit PH-6, Greenwich, CT 06830.
3. On March 4, 2024 (PST), I caused a copy of Plaintiff's Unopposed Request for Extension to be served upon counsel of record via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on March 4, 2024 (EST), Greenwich, Connecticut.

      */s/Bradford A. Clements*_____
      Pro-Se Attorney Plaintiff